THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL KILGALLEN, Appellant, against JOSEPH H. BROPHY, as Warden of Auburn State Prison, Respondent.

Submitted November 16, 1939; decided November 30, 1939.

*Michael Kilgallen,* appellant, in person.

*John J. Bennett, Jr., Attorney-General (Patrick H. Clune* and *Edward T. Boyle* of counsel), for respondent.

Appeal dismissed, as there is no constitutional question involved. No opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.